

CT Corporation
Service of Process Notification
07/07/2022
CT Log Number 541872564

## Service of Process Transmittal Summary

**TO:** SAMANTHA BISHOP
WILLIAMS SCOTSMAN, INC.
901 S Bond St Ste 600
Baltimore, MD 21231-3348

**RE:** Process Served in Louisiana

**FOR:** Williams Scotsman, Inc. (Domestic State: MD)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: LESLEY BIRDSALL GREEN // To: Williams Scotsman, Inc. |
| CASE #: | C72079732 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| PROCESS SERVED ON: | C T Corporation System, Baton Rouge, LA |
| DATE/METHOD OF SERVICE: | By Process Server on 07/07/2022 at 08:30 |
| JURISDICTION SERVED: | Louisiana |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 07/07/2022, Expected Purge Date: 07/12/2022 |
| | Image SOP |
| | Email Notification, SAMANTHA BISHOP  Samantha.Bishop@as.willscot.com |
| | Email Notification, Denise Owens  denise.owens@willscot.com |
| | Email Notification, Tom Single  tswingle@mobilemini.com |
| | Email Notification, Angie Gomez  angie.gomez@mobilemini.com |
| REGISTERED AGENT CONTACT: | C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
866-401-8252
EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## SERVICE COPY



D9352535

## CITATION

**LESLEY GREEN**
(Plaintiff)

NUMBER C-720797 "32"

19TH JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

**WILLSCOT CORPORATION, ET AL**
(Defendant)

STATE OF LOUISIANA

TO: WILLIAMS SCOTSMAN, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS,
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 1, 2022**.



*Myrikle Rosette*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Requesting Attorney: GREEN, RODGER G, JR
*The following documents are attached:

PETITION FOR DAMAGES

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED

JUL 06 2022

E B R SHERIFF'S OFFICE

CITATION-2000

EAST BATON ROUGE PARISH
Filed Jul 01, 2022 11:56 AM
Deputy Clerk of Court
E-File Received Jul 01, 2022 11:32 AM

C-720797
32

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO: _____                                                          DIV. "___"

**LESLEY BIRDSALL GREEN**

**VERSUS**

**WILLSCOT, INC., WILLIAMS SCOTSMAN, INC., AND CENTRAL COMMUNITY SCHOOL BOARD**

---

### PETITION FOR DAMAGES

---

Now into Court, through undersigned counsel, comes plaintiff, **LESLEY BIRDSALL GREEN**, a person of legal age and majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents the following, to wit:

1.

Made defendants herein are:

**Willscot Corporation**, a foreign corporation not registered to do business in the State of Louisiana, but doing business in the State of Louisiana, and which may be personally served at its Lafayette headquarters of 232 LA-93, Scott, LA 70583.

**Williams Scotsman, Inc.**, a corporation registered and doing business in the State of Louisiana, that may be served through its registered agent for service of process, C T Corporation System, at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

**Central Community School Board**, a political subdivision which may be served through its agent for service of process, the School Board President, James Gardner, 10510 Joor Rd., Ste. 300, Baton Rouge, Louisiana 70818.

2.

The aforementioned defendants are justly and truly liable to the plaintiff, **LESLEY BIRDSALL GREEN**, for damages, injuries, and losses which she sustained together with legal interest from the date of judicial demand and for all costs of these proceedings in the accident described herein, to wit.

3.

Venue and jurisdiction are proper as the complained of accident occurred within the jurisdictional limits of his Honorable Court, and as Plaintiff resides therein.

4.

Certified True and Correct Copy
CertID: 2022070101065

Myrtle Rosette
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 3:50 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

On or about October 22, 2021, Mrs. Green was performing her duties as a special needs teacher and employee of the Central Community School System at Bellingrath Hills Elementary School.

5.

Mrs. Green was walking, as part of said duties, in one of multiple "temporary" classroom buildings supplied and maintained by Willscot Corporation and/or William Scotsman, Inc. (hereinafter referred to collectively as "Willscot") to the Central Community School Board.

6.

Suddenly and without warning, the floor directly below Mrs. Green's right foot collapsed and/or gave way, causing her foot to sink suddenly into a hole in the floor. Despite her reasonable attempts to keep herself aright, the force of the drop and jerking motions to both her ankle, knee, back, and neck caused her severe injuries. Of particular note, the injuries to Mrs. Green's ankle included a torn ligament which have required surgical intervention and months of treatment.

7.

Upon information and belief, all named defendants were aware of dangerous weaknesses in the floors of these "temporary" classroom buildings. In particular, the Central Community School Board had previously notified Willscot of defects in these buildings, and Willscot had even performed inspections and/or maintenance in the weeks immediately prior to this incident.

8.

Plaintiff alleges that Defendants allowed the unreasonably dangerous condition on the premises and property under their ownership, possession, custody, guarde, and control, which caused harm to the plaintiff.

9.

Plaintiff alleges that Defendants had actual and constructive knowledge of the condition and failed to exercise reasonable care to prevent harm unto the plaintiff or other invitees, teachers, and children on their premises.

10.

Plaintiff alleges that the defendants are liable jointly and *in solido* for all such injuries caused by their fault and negligence under La. Civil Code article 2315, 2317, 2317.1, 2320, and 2322.

11.


Certified True and Correct Copy
CertID: 2022070101065

*Myrtle Rosette*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 3:50 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

As a result of the above-described incident, Mrs. Green, sustained severe and disabling injuries including, but not limited to:

1. Torn tendons/ligaments to her right ankle, requiring surgery and prolonged treatment and immobilization;
2. Strains, sprains, and other injuries to her right knee;
3. Strains, sprains, and other injuries to her neck and back as a result of the fall;
4. Other injuries arising from the facts as set forth herein, which will be more fully established at trial.

12.

Plaintiff, Mrs. Green, claims the following damages as a result of the aforementioned accident and injuries:

1. Physical pain and suffering – past, present, and future;
2. Mental pain, anguish, and distress – past, present, and future;
3. Loss of enjoyment of life – past, present, and future;
4. Lost wages – past, present, and future;
5. Disability- past, present, and future;
6. Impairment of earning capacity – past, present, and future;
7. Medical expenses – past, present, and future;
8. Other elements of damages arising from the facts as set forth herein, to be more fully set forth at the trial of this matter.

13.

In no way did Plaintiff contribute to or cause the accident sued upon herein. The rotted flooring was neither open nor obvious to Plaintiff and she could not have avoided this incident.

14.

Plaintiff alleges that the proximate cause of the accident and damages was the fault and negligence of Defendants, which is described in part, but not exclusively, above and as follows:

1. In failing to exercise the degree of care that might reasonably be expected of an ordinarily prudent person under the same or similar circumstances;
2. In failing to exercise reasonable care to keep its floors and walkways in a reasonably safe condition;
3. In allowing the unreasonably dangerous condition to continue despite notice;
4. In failing to timely correct an unreasonably dangerous condition on its premises/property;
5. In failing to properly inspect its premises;


Certified True and Correct Copy
CertID: 2022070101065

*Myrtle Rosette*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 3:50 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6. In failing to maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

7. Any and all acts of negligence, omission, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish regulations and ordinances.

WHEREFORE, Plaintiff prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings are had, that judgment be rendered in favor of the petitioner, LESLEY BIRDSALL GREEN, and against the Defendants, Central Community School Board, Willscot Corporation, and Williams Scotsman, Inc., jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Petitioner further prays for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,

GORDON McKERNAN INJURY ATTORNEYS

/s/ Rodger "Rory" G. Green, Jr

Rodger "Rory" G. Green, Jr. (36477)
Attorneys for Lesley Birdsall Green
2505 Verot School Road
Lafayette, LA 70508
Phone:    (337) 347-7570
Facsimile: (337) 704-2805
rgreen@getgordon.com

PLEASE SERVE:

Willscot, Inc.,
In accordance with Louisiana Code of Civil Procedure Article 1261, personally to any employee of suitable age and discretion at,
WillScot Lafayette
232 LA-93
Scott, LA 70583.

Williams Scotsman, Inc.,
through its registered agent for service of process,
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816.

Central Community School Board,
Through its agent for service of process,
School Board President, James Gardner,
10510 Joor Rd., Ste. 300
Baton Rouge, Louisiana 70818.


Certified True and Correct Copy
CertID: 2022070101065

*Myrtle Rosette*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 3:50 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 01, 2022 11:56 AM
Deputy Clerk of Court
E-File Received Jul 01, 2022 11:32 AM

C-720797
32

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO: _____                                                                 DIV. "___"

### LESLEY BIRDSALL GREEN

### VERSUS

### WILLSCOT, INC., WILLIAMS SCOTSMAN, INC., AND CENTRAL COMMUNITY SCHOOL BOARD

### REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS

PLEASE TAKE NOTICE that Gordon J. McKernan and Rodger "Rory" G. Green, Jr., attorneys for the plaintiff, **LESLEY BIRDSALL GREEN**, do hereby request written notice of the date of trial of the above matter, as well as notice of all hearings (whether on the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court or Clerk of Court's office, as provided in Louisiana Code of Civil Procedure arts. 1572, 1913, and 1914. I hereby certify that a copy of this Notice has this date been forwarded to all parties by depositing same in the United States Mail, postage prepaid and properly addressed.

Respectfully submitted,

GORDON McKERNAN INJURY ATTORNEYS

/s/ Rodger "Rory" G. Green, Jr.

Rodger "Rory" G. Green, Jr. (36477)
Attorneys for Plaintiff
2505 Verot School Road
Lafayette, LA 70508
Phone:    (337) 347-7570
Facsimile: (337) 735-8008
rgreen@getgordon.com

1


Certified True and Correct Copy
CertID: 2022070101066

*Myrtle Rosette*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 3:50 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).